JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MOROCCANOIL, INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>T.J. MAXX, a division of the TJX COMPANIES, INC., a Delaware Corporation; BEYOND BEAUTY, DISTRIBUTORS, INC., a New York Corporation; KEVIN CORONA, an individual; GLOBAL BEAUTY PARTNERS, INC., a Florida Corporation; GREG SOCHERMAN, an individual; and DOES 1 through 10 inclusive,<br><br>        Defendants. | CASE No. CV10-02293-DMG (AGRx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE [35]** |

Pursuant to the stipulation [Doc. # 35] entered into between Plaintiff, Moroccanoil, Inc. and Defendants The TJX Companies and Kevin Corona, by and through their counsel of record, and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action against TJX Companies and Kevin Corona is dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs and expenses incurred herein.

Dated: June 8, 2011

_____
DOLLY M. GEE
United States District Judge